930

No. 48. COMMUNIST PARTY OF THE UNITED STATES *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD, *ante,* p. 115. The motion of the respondent to issue the mandate forthwith is granted. *John J. Abt* and *Joseph Forer* for petitioner. *Solicitor General Soboloff* for respondent.

No. 636. NELSON ET AL., SUCCESSOR TRUSTEES, ET AL. *v.* CITY OF NEW YORK. Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *William P. Jones* for appellants. *Peter Campbell Brown, Harry E. O'Donnell, Benjamin Offner* and *Joseph Brandwen* for appellee.

No. 821. PENNSYLVANIA RAILROAD Co. ET AL. *v.* RYCHLIK. C. A. 2d Cir. Certiorari granted. The Solicitor General is invited to file a brief, as *amicus curiae. John B. Prizer* and *Richard N. Clattenburg* for the Pennsylvania Railroad Co., and *Henry Kaiser, Eugene Gressman* and *Wayland K. Sullivan* for the Brotherhood of Railroad Trainmen, petitioners. *Meyer Fix* for respondent.

No. 772. NEVADA-PACIFIC DEVELOPMENT CORP. ET AL. *v.* GUSTIN. C. A. 9th Cir. Certiorari denied. *Ernest S. Brown* for petitioners. *Richard R. Hanna* for respondent.

No. 806. ROWTON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Hayden C. Covington* for petitioners. *Solicitor General Soboloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.